**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 172 MAL 2017
       :
       Respondent        :
       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court
       v.        :
       :
       :
LENNE LARUE, III,        :
       :
       Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.